# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elvia Medequari, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>Michael J. Astrue, Commissioner of Social )<br>Security )<br>)<br>    Defendant. ) | No. 04-CV-323 TUC JMR<br><br>**ORDER** |

    This case arises from a claim by Plaintiff for Social Security benefits. The Honorable Lauren R. Mathon ("ALJ") determined that Plaintiff was not disabled as defined by the Social Security Act. Plaintiff's request for review of the ALJ's decision was denied by the Appeals Council. Thereafter, Plaintiff initiated this action.

    Pending before this Court are cross-motions for summary judgment (Doc. No. 6 & 11). Plaintiff contends that the ALJ's stated reasons for finding Plaintiff only partially credible are not supported by the record. Plaintiff further contends that the ALJ erred by rejecting the opinions of Dr. Worden, characterized by Plaintiff as a treating physician, Nurse Practitioner Comaduran, and Mr. Miller.

    Defendant argues that the ALJ properly rejected the opinions of these individuals. Defendant maintains that Dr. Worden is not a treating physician, as she only saw Plaintiff once prior to making her October 2002 disability determination; furthermore, Dr. Worden's

opinion is contradicted by her own medical finding and Plaintiff's testimony. Defendant further argues that the ALJ properly rejected the opinions of Nurse Practitioner Comaduran and Mr. Miller by establishing that they were contradicted by other evidence in the record. Defendant also contends that the ALJ set forth proper reasons for her determination of Plaintiff's credibility.

On February 28, 2007, after a thorough and well-documented analysis, Magistrate Judge Hector C. Estrada issued a Report and Recommendation (R & R) to this Court. Neither party filed an objection to the R & R. The Magistrate Judge recommended that Plaintiff's Motion be granted and that Defendant's Motion be denied. In his analysis, the Magistrate Judge concluded that the ALJ failed to provide adequate reason for rejecting the opinion of Plaintiff's treating physician. The Magistrate Judge also concluded that remanding the case for further administrative proceedings would "serve no useful purpose and would unnecessarily extend . . . [Plaintiff's] long wait for benefits." *Benecke v. Barnhart*, 379 F.3d 587, 595 (9th Cir. 2004).

If there are no objections to the R & R, the Court will modify or set aside only those portions that are clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 1203, 1204 (D. Or. 1998). The Court has carefully reviewed the entire record and concludes that Magistrate Judge Estrada's recommendations are not clearly erroneous or contrary to law. The Court agrees that the ALJ failed to provide sufficient reasons for her determination of Plaintiff's credibility and her rejection of Dr. Worden's opinion. The Court also agrees that remanding the case for further administrative

proceedings would serve no useful purpose.

Accordingly,

**IT IS ORDERED** that the **REPORT AND RECOMMENDATION** of the Magistrate Judge filed February 28, 2007 (Doc. No. 22) is **ADOPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment (Doc. No. 6) is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant's Cross-Motion for Summary Judgment (Doc. No. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that the instant action is **REMANDED TO THE COMMISSIONER** for an award of benefits consistent with this **ORDER** and the **REPORT AND RECOMMENDATION**.

DATED this 19th day of March, 2007.

_____
John M. Roll
Chief United States District Judge